IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Clyde L. Lentz | ) Case # 1:21-bk-02376-HWV |
| and Shirley M. Lentz | ) |
| | ) Chapter 7 |
| Debtors/Movants | ) |

## ORDER OF COURT

UPON consideration of the Debtors' Motion to Reinstate their Chapter 7 Case, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtors' case is Reinstated.